THE GRAVES ELEVATOR COMPANY, Appellant, *v.* BENJAMIN GATES et al., as Trustees of the UNITED SOCIETY OF BELIEVERS, Called Shakers, Residing in the County of Columbia, Respondents.

*Graves Elevator Co.* v. *Gates,* 30 App. Div. 621, affirmed.
(Argued October 17, 1900; decided October 30, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered June 9, 1898, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term.

*Richard T. Greene* for appellant.

*Peter Mitchell* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, CULLEN and WERNER, JJ. Not voting: VANN, J.

---

JAMES L. REYNOLDS, Appellant, *v.* THE CITY OF MOUNT VERNON, Respondent.

*Reynolds* v. *City of Mount Vernon,* 26 App. Div. 581, affirmed.
(Submitted October 17, 1900; decided November 2, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, made March 22, 1898, reversing a judgment in favor of plaintiff entered upon a verdict directed by the court, and an order denying a motion for a new trial, and granting a new trial.

*Isaac N. Mills* for appellant.

*William J. Marshall* for respondent.

Order affirmed and judgment absolute ordered for defendant on the stipulation, with costs; no opinion.
Concur: GRAY, MARTIN, VANN and WERNER, JJ. Dissenting: PARKER, Ch. J., and BARTLETT, J. Not sitting: CULLEN, J.